IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DENNIS MURPHY, as Personal Representative
of the ESTATE OF DANIEL TURNER, deceased,
and WALTER and TAMARA TURNER,**

      Plaintiffs,

v.                                                                                                  No.  CIV 19-639 RB/JFR

**THE CITY OF FARMINGTON, and
JAMES PRINCE, JAMES MOORE,
ZACK WOOD and JESSE GRIGGS,**
In their individual capacities,

      Defendants.

## CERTIFICATE OF SERVICE

      Plaintiffs, through undersigned counsel, hereby certify that they served the following on counsel for Defendants via email on the 9th day of December, 2019:

1.      Plaintiffs' Rule 26(a)(2) Expert Witness Disclosures; and

2.      A copy of this Certificate of Service.

        Respectfully submitted,

        DAVIS LAW NEW MEXICO

        */s/  Philip B. Davis*
        Philip B. Davis
        Nicholas T. Davis
        1000 Lomas Blvd. NW
        Albuquerque, NM 87102
        (505) 242-1904
        (505) 242-1864 (fax)
        phil@davislawnm.com
        nick@davislawnm.com

        *Attorneys for Plaintiffs Dennis Murphy, as*
        *Personal Representative of the Estate of*
        *Daniel Turner, and Walter and Tamara Turner*

I hereby certify that the foregoing pleading was electronically filed via the CM/ECF on this 9th day of December, 2019 and was served via email on the following counsel of record:

Patricia G. Williams
Wiggins, Williams & Wiggins
1803 Rio Grande NW (87104)
P. O. Box 1308
Albuquerque, NM 87103-1308
(505) 764-8400
(505) 764-8585 (fax)
pwilliams@wwwlaw.us

*Counsel for Defendants*


 */s/ Philip B. Davis*
Nicholas T. Davis