**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DENNIS MURPHY, as Personal Representative
of the ESTATE OF DANIEL TURNER, deceased,
and WALTER and TAMARA TURNER,

      **Plaintiffs,**

v.                                          **No. CIV 19-639 RB/JFR**

THE CITY OF FARMINGTON, and
JAMES PRINCE, JAMES MOORE,
ZACK WOOD and JESSE GRIGGS,
In their individual capacities,

      **Defendants.**

**CERTIFICATE OF SERVICE**

      Plaintiffs, through undersigned counsel, hereby certify that they served the following on counsel for Defendants via email on the 9th day of January, 2020:

      1.      Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures; and

      2.      A copy of this Certificate of Service.

                         Respectfully submitted,

                         DAVIS LAW NEW MEXICO

                         */s/ Nicholas T. Davis*
                         Philip B. Davis
                         Nicholas T. Davis
                         1000 Lomas Blvd. NW
                         Albuquerque, NM 87102
                         (505) 242-1904
                         (505) 242-1864 (fax)
                         phil@davislawnm.com
                         nick@davislawnm.com

                         *Attorneys for Plaintiffs Dennis Murphy, as*
                         *Personal Representative of the Estate of*
                         *Daniel Turner, and Walter and Tamara Turner*

I hereby certify that the foregoing pleading was electronically filed via the CM/ECF on this 9th day of January, 2020 and was served via email on the following counsel of record:

Patricia G. Williams
Wiggins, Williams & Wiggins
1803 Rio Grande NW (87104)
P. O. Box 1308
Albuquerque, NM 87103-1308
(505) 764-8400
(505) 764-8585 (fax)
pwilliams@wwwlaw.us

*Counsel for Defendants*


 */s/ Nicholas T. Davis*
Nicholas T. Davis