IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, as Personal Representative
of the ESTATE OF DANIEL TURNER, deceased,
and WALTER and TAMARA TURNER,

        Plaintiffs,

v.                              No. 1:19-cv-00639-RB-JFR

THE CITY OF FARMINGTON, and
JAMES PRINCE, JAMES MOORE,
ZACK WOOD and JESSE GRIGGS,
In their individual capacities,

        Defendants.

## DEFENDANTS' RULE 26(a)(2) EXPERT DISCLOSURE

City of Farmington, James Prince, Mark Moore (incorrectly identified in Plaintiff's Complaint as James Moore), Zach Wood and Jesse Griggs (collectively "Defendants"), submit their Expert Disclosure pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

    A.    Pursuant to Fed. R. Civ. P. 26(a)(2)(A), Defendants may call the following expert witness at trial:

        1.    Gary M. Vilke, M.D., FACEP, FAAEM
                11582 Normanton Way
                San Diego, California 92131
                (619) 666-8643

Dr. Vilke's qualifications and opinions regarding this case are set forth in the materials served herewith as Exhibit A.

**EXHIBIT 1**

B.  Pursuant to Fed. R. Civ. P. 26(a)(2)(B), Defendants disclose the following information regarding Dr. Vilke:

    1. Rule 26(a)(2)(B) Expert Witness Report prepared by Dr. Vilke, which includes:

        a. Curriculum Vitae of Dr. Vilke, attached as Appendix A;

        b. The listing of testimony of Dr. Vilke for the last four years, attached as Appendix B; and

        c. Fee Schedule for Dr. Vilke, attached as Appendix C.

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation

By     */s/ Patricia G. Williams*
      Patricia G. Williams
Attorneys for Defendants
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
pwilliams@wwwlaw.us