# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DENNIS MURPHY, as Personal Representative**
**of the ESTATE OF DANIEL TURNER, deceased,**
**and WALTER and TAMARA TURNER,**

      **Plaintiffs,**

**v.**                                     **No. CIV 19-639 RB/JFR**

**THE CITY OF FARMINGTON, and**
**JAMES PRINCE, JAMES MOORE,**
**ZACK WOOD and JESSE GRIGGS,**
**In their individual capacities,**

      **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

Plaintiffs, through undersigned counsel, hereby certify that they served the following on counsel for Defendants via email on the <u>4th</u> day of August 2020:

1. Plaintiffs' *First Supplemental* Rule 26(a)(2) Expert Witness Disclosures, as authorized by this Court's Order (*see,* [Doc. 38]); and

2. A copy of this Certificate of Service.

Respectfully submitted,

DAVIS LAW NEW MEXICO

 /s/  Nicholas T. Davis
Philip B. Davis
Nicholas T. Davis
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1904
(505) 242-1864 (fax)
phil@davislawnm.com
nick@davislawnm.com

*Attorneys for Plaintiffs Dennis Murphy, as*
*Personal Representative of the Estate of*
*Daniel Turner, and Walter and Tamara Turner*

I hereby certify that the foregoing pleading
was electronically filed via the CM/ECF on
this 4th day of September 2020 and was served
via email on the following counsel of record:

Patricia G. Williams
Wiggins, Williams & Wiggins
1803 Rio Grande NW (87104)
P. O. Box 1308
Albuquerque, NM 87103-1308
(505) 764-8400
(505) 764-8585 (fax)
pwilliams@wwwlaw.us

*Counsel for Defendants*

 /s/ Nicholas T. Davis
Nicholas T. Davis