5/18/2020
J. Stein MD, MAS

# CURRICULUM VITAE

**Name:** John C. Stein, MD, MAS

**Position:** Chairman, Medical Director
Emergency Department
Sutter Santa Rosa Regional Hospital
Sutter Lakeside Hospital
Chief of Staff, Sutter Lakeside Hospital

**Address:** 5 Ravine Way
Novato, CA  94947

Phone: (415) 317-1479
E-mail: steinjmd@gmail.com

**EDUCATION:**

| | | | |
|---|---|---|---|
| 1984 - 1988 | Phillips Academy, Andover, MA. | | |
| 1988 - 1992 | Hamilton College, Clinton, N.Y. | B.A. | Phi Beta Kappa |
| 1993 - 1997 | Dartmouth Medical School | M.D. | Alpha Omega Alpha |
| 1997 - 2001 | Alameda County Medical Center | Residency | Emergency Medicine |
| 2000 - 2001 | Alameda County Medical Center | Chief Resident | Emergency Medicine |
| 2007 – 2009 | University of California, San Francisco | M.A.S. | Clinical Research |

**LICENSES/CERTIFICATIONS:**

| | |
|---|---|
| 1999 - Present | Medical Board of California Physician and Surgeon (License No. A68197) |
| 2000 | American Academy of Pediatrics for Pediatric Advanced Life Support |
| 2000 | American Heart Association for Advanced Cardiac Life Support |
| 2000 | American College of Surgeons for Advanced Trauma Life Support |
| 2002 – Present | American Board of Emergency Medicine |

**PRINCIPLE POSITIONS HELD:**

| | | |
|---|---|---|
| 2001 – 2003 | University of California, San Francisco<br>Division of Emergency Medicine | Clinical Instructor |
| 2003 – 2008 | University of California, San Francisco<br>Division of Emergency Medicine | Assistant Professor |
| 2008 – 2013 | University of California, San Francisco<br>Department of Emergency Medicine | Associate Professor |

EXHIBIT 3

5/18/2020
J. Stein MD, MAS

| | |
|---|---|
| 2013 – Current | Chairman, Medical Director |
| | Department Emergency Medicine |
| | Sutter Santa Rosa Regional Hospital |
| 2014- Current | Director of Emergency Services, Medical Director |
| | Department of Emergency Medicine |
| | Sutter Lakeside Hospital |
| 2015-2016 | Vice Chief of Staff |
| | Sutter Lakeside Hospital |
| 2017 – 2018 | Chief of Staff |
| | Sutter Lakeside Hospital |

## OTHER POSITIONS

| | | |
|---|---|---|
| 1999 – 2002 | Kaiser Permanente Medical Group | Staff Emergency Physician |
| | San Francisco, Oakland, California | |
| 2001 - 2002 | California Pacific Medical Center | Staff Emergency Physician |
| | San Francisco, California. | |
| 2006 – 2013 | Advisory College Mentor | Medical Student Advisor |
| | University of California, San Francisco | |
| 2012 – 2013 | Vice Chair Research | |
| | Department of Emergency Medicine | |
| | University of California, San Francisco | |
| 2012 | Muhimbili National Hospital | Visiting Faculty& |
| | Dar es Salaam, Tanzania | Research Advisor |

## HONORS & AWARDS:

| | |
|---|---|
| 1992 | Phi Beta Kappa |
| | *Hamilton College* |
| 1992 | Magna Cum Laude |
| | *Hamilton College* |
| 1992 | Phi Sigma Iota Language Honors Society |
| | *Hamilton College* |
| 1995 | American Medical Student Association Community Service Award |
| | *Dartmouth Medical School* |

5/18/2020
J. Stein MD, MAS

| | |
|---|---|
| 1996 | Ralph C. Syvertsen Scholar (Academic Merit, Community Service) |
| | *Dartmouth Medical School* |
| 1996 | Alpha Omega Alpha Honors Society |
| | *Dartmouth Medical School* |
| 1997 | Merck Manual Award |
| | *Dartmouth Medical School* |
| 2000 | Kay Simmons Award for Excellence in Emergency Medicine |
| | *Highland Hospital Emergency Medicine Residency* |
| 2001 | Graduating Emergency Medicine Resident of the Year |
| | *Highland Hospital Emergency Medicine Residency* |
| 2002,3,6, 11 | Nominated for Kaiser Teaching Award UCSF |
| | *University of California, School of Medicine* |
| 2004 | The UCSF Emergency Teaching Attending of the Year Award |
| | *Highland Hospital Emergency Department* |
| 2004 | The Foundations of Patient Care Outstanding Teacher Award |
| | *University of California, School of Medicine* |
| 2006 | Hellman Family Research Award for Early Career Faculty |
| | *University of California, San Francisco* |
| 2007 - 2011 | Clinical and Translational Sciences Institute K Scholar |
| | *University of California, San Francisco* |
| 2010 | School of Medicine Great Person Award |
| | *University of California, San Francisco* |
| 2018 | Physician of the Year |
| | *Sutter Lakeside Hospital* |

## PROFESSIONAL ORGANIZATIONS

2001 – Current    American College of Emergency Physicians

## PRESENTATIONS

2001    Stein J, Levitt A: A Randomized Double-Blinded Trial of Usual Dose Versus High-Dose Albuterol Via Continuous Nebulization in Patients with Acute Bronchospasm.

Oral abstract at the Society of Academic Emergency Medicine, Atlanta, GA

2001    COBRA & EMTALA

Highland Hospital Emergency Department Grand Rounds

5/18/2020
J. Stein MD, MAS

| | |
|---|---|
| 2001 | Hyperbaric Medicine & Diving Injuries |
| | Highland Hospital Emergency Department Grand Rounds |
| 2002 | Disaster Medicine |
| | UCSF Updates in Internal Medicine Conference |
| | Lecture presented at the UCSF Updates in Internal Medicine Conference |
| 2003 | Emergency Medicine in Disasters |
| | Highland Hospital Emergency Department Grand Rounds |
| 2003 | Hospital Impact of Nuclear, Biological, and Chemical Attacks |
| | UCSF Nursing Grand Rounds |
| 2003 | Disaster Medicine |
| | UCSF Topics in Emergency Medicine |
| | UCSF Topics in Emergency Medicine National Conference |
| 2004 | Procedural Ultrasound Course |
| | UCSF Topics in Emergency Medicine National Conference |
| 2004 | Peripheral Intravenous Cannulation in Emergency Department Patients with Difficult IV Access |
| | Presentation at the Society of Academic Emergency Medicine, Orlando, FL. |
| 2004 | Performance Characteristics of Clinical Diagnosis and a Rapid Influenza Test in the Detection of Influenza Infection in a Community Sample of Adults |
| | Oral abstract at the Society of Academic Emergency Medicine, Orlando, FL |
| 2004 | Procedures in Emergency Ultrasound |
| | UCSF Topics in Emergency Medicine National Conference |
| 2005 | Ultrasound Guidance for   Difficult Peripheral Intravenous Access: A Randomized Trial |
| | Moderated presentation at Society of Academic Emergency Medicine May 2005 |
| 2005 | Ultrasound-Guided Procedures in Emergency Medicine |
| | UCSF Topics in Emergency Medicine National Conference |
| 2006 | Emergency Department Procedures Via Ultrasound |
| | UCSF Topics in Emergency Medicine National Conference |
| 2006 | Use of Ultrasound in the ED Evaluation of Ectopic Pregnancy |
| | UCSF Topics in Emergency Medicine National Conference |
| 2007 | A Survey of Ultrasound use by Emergency Physicians in California |
| | *3rd World Congress on Ultrasound in Emergency Medicine, Paris, France* |
| 2007 | First Trimester Ultrasound in the Emergency Department |

5/18/2020
J. Stein MD, MAS

|      | |
|------|---|
|      | UCSF Topics in Emergency Medicine National Conference |
| 2007 | Ultrasound for Central Venous Access |
|      | *Small group leader at American College of Emergency Physicians National Meeting, Seattle, WA, October 2007* |
| 2007 | Cross Sectional Analysis of Ultrasound Use by Emergency Physicians |
|      | *Moderated presentation at American College of Emergency Physicians National Meeting, Seattle, WA, October 2007* |
| 2008 | Involvement in a One-Year Longitudinal Integrated Clerkship for Third-Year Medical Students |
|      | *Abstract presentation at American College of Emergency Physicians National Meeting, Chicago, IL, October 2008* |
| 2008 | The additional value of quantitative beta-hCG in evaluating patients at risk of ectopic pregnancy with bedside ultrasound in the emergency department. |
|      | *Moderated presentation at American College of Emergency Physicians National Meeting, Chicago, IL, October 2008* |
| 2009 | Emergency Physician Ultrasonography for Evaluating Patients at Risk for Ectopic Pregnancy: A Meta-Analysis. |
|      | *Moderated presentation at American College of Emergency Physicians National Meeting, Boston, October 2009* |
| 2010 | The Utility of Formal Radiology Ultrasound after Emergency Physician Performed Indeterminate Ultrasound in the Evaluation of Patients at Risk of Ectopic Pregnancy |
|      | *Moderated presentation at American College of Emergency Physicians National Meeting, Las Vegas, October 2010* |
| 2011 | First Trimester Ultrasound in the Emergency Department |
|      | UCSF Topics in Emergency Medicine National Conference |
| 2012 | Head Trauma – Principles and Practice |
|      | *Muhimbili University, Tanzania* |
|      | *Emergency Department Grand Rounds* |
| 2012 | Pericardiocentesis |
|      | *Muhimbili University, Tanzania* |
|      | *Emergency Department Grand Rounds* |
| 2012 | Neck Trauma |
|      | *Muhimbili University, Tanzania* |
|      | *Emergency Department Grand Rounds* |

5/18/2020
J. Stein MD, MAS

| | |
|---|---|
| 2013 | What Happened to the ER? Growth in Emergency Medicine and its Implications |

*Family Practice Grand Rounds*
*Sutter Medical Center Santa Rosa*

## CME COURSES ATTENDED:

| | |
|---|---|
| 2005 | Topics In Emergency Medicine - UCSF |
| 2006 | Topics In Emergency Medicine – UCSF |
| 2006 | Emergency Medicine Updates: Hot Topics – UC Davis |
| 2007 | Topics In Emergency Medicine – UCSF |
| 2007 | World Congress on Ultrasound in Emergency Medicine |
| 2008 | Pediatric Emergencies – Symposia Medicus |
| 2008 | Topics in Emergency Medicine – UCSF |
| 2009 | Topics in Emergency Medicine – UCSF |
| 2010 | World Congress on Ultrasound in Emergency Medicine |
| 2011 | Topics of Emergency Medicine |
| 2011 | Mediterranean Emergency Medicine Conference |
| 2012 | American Board of Emergency Medicine (4 Year Credit) |

## NATIONAL SERVICE

| | |
|---|---|
| 2009 – 2013 | Annals of Emergency Medicine Reviewer |
| 2010- 2013 | SAEM Grants Committee |
| 2011 – 2013 | Academic Emergency Medicine Reviewer |

## UNIVERSITY AND PUBLIC SERVICE

### UCSF SCHOOL OF MEDICINE

| | |
|---|---|
| 2003 - 2006 | Co-Chair Biological and Communicable Diseases Committee |
| 2003 - 2007 | Biological and Chemical Terrorism Steering Committee |
| 2006 – 2008 | Steering Committee PISCES 3rd year Integrated Curriculum |
| 2006 – 2009 | Emergency Department Steward – PISCES 3rd year Medical Student Pilot Integrated Clerkship Experience |
| 2006 – 2013 | Advisory College Mentor, UCSF School Medicine |
| 2007 – 2008 | ==UCSF Department of Emergency Medicine Residency Director Search Committee== |

5/18/2020
J. Stein MD, MAS

| | |
|---|---|
| 2008 – 2010 | Advanced Studies Committee for 4th Year Curriculum, UCSF School of Medicine |
| 2008 – 2009 | UCSF Department of Emergency Medicine Research Faculty Search Committee |
| 2009 - 2012 | UCSF Department of Emergency Medicine Pediatric Emergency Physician Faculty Search Committee |
| 2009 - 2010 | UCSF School of Medicine LCME Accreditation Self-Study Committee on Medical Student |
| 2011 – 2013 | Department of Medicine Clinical/Clinical X Track Search Committee |

**UCSF DEPARTMENT OF EMERGENCY MEDICINE**

| | |
|---|---|
| 2001 - 2003 | Committee on Multiple Casualty Incident Training (COMCIT) |
| 2002 - 2007 | Director of Disaster Medicine, Division of Emergency Medicine |
| 2002 - 2013 | Director of Emergency Department Ultrasound |
| ==2012 – 2013== | ==Department of Emergency Medicine, Vice Chair for Research== |

# TEACHING AND MENTORING

### FORMAL SCHEDULED CLASSES FOR UCSF STUDENTS

| | |
|---|---|
| 2000 - 2007 | UCSF Faculty for Foundations of Patient Care Small Group Leader  UCSF Medical School. Annual hours – Approx 40 |
| 2001 - 2007 | UCSF Faculty Preceptor  UCSF Medical School. Annual Hours – Approx 30 |
| 2009 | UCSF Faculty for Evidence Based Medicine Small Group Leader  UCSF Medical School. Annual hours – Approx 20 |
| 2009 – 2011 | UCSF Faculty for Foundations of Patient Care Small Group Leader  UCSF Medical School. Annual hours – Approx 60 |
| 2009 – 2011 | UCSF Epidemiology & Evidence Based Medicine Small Group Leader  UCSF Medical School. Annual hours – Approx 30 |

### POSTGRADUATE AND OTHER COURSES

| | |
|---|---|
| 2003 | Co-Chair Introduction to Emergency Ultrasound |

5/18/2020
J. Stein MD, MAS

|  | UCSF Sponsored Continuing Medical Education Course |
|---|---|
| 2005 | Procedural Ultrasound Course |
|  | UCSF Topics in Emergency Medicine National Conference |
| 2006 | Emergency Department Procedures Via Ultrasound |
|  | UCSF Topics in Emergency Medicine National Conference |
| 2007 | First Trimester Ultrasound in the Emergency Department |
|  | UCSF Topics in Emergency Medicine National Conference |
| 2007 | Ultrasound for Central Venous Access |
|  | *Small group leader at American College of Emergency Physicians National Meeting, Seattle, WA, October 2007* |
| 2008 | Pelvic Ultrasound |
|  | UCSF Topics in Emergency Medicine National Conference |
| 2008 | Clinical Epidemiology (EPI 204) |
|  | *Teaching assistant* |
| 2011 | Evidence-Based Diagnosis: Advanced Workshop on Evaluating and Using Medical Tests for Clinicians, Educators, and Policy Makers. |
|  | *UCSF International CME Course - Course Faculty* |
| 2011 | Use of First Trimester Pelvic Ultrasonography |
|  | UCSF Topics in Emergency Medicine National Conference |


**PHYSICIANS MENTORED**:

| 2006 - 2013 | Ralph Wang MD, Clinical Instructor Emergency Medicine |
|---|---|
|  | Informal Career and Research Mentor – Currently Assistant Professor |
|  | Mentor in application to AHRQ K-08 |
| 2007 - 2009 | Prasanthi Ramanujam MD, Asst Clinical Professor Emergency |
|  | Research Supervisor and Grant Reviewer – Received Hellman award and currently has an AHRQ K-08 |
| 2008 – 2009 | Chris Fee MD, Asst Clinical Professor Emergency Medicine |
|  | Grant Planning and Reviewer – Application for Hellman award. |
| 2008 - 2013 | Tery Reynolds MD, Assistant Clinical Professor Emergency |
|  | Career Planning and Mentoring, Application to UCSF Ultrasound Fellowship |
|  | Application to Masters Global Health, Rap Grant Co-Investigator |
|  | Global Health Faculty Appointment and Burke Award |
| 2010 - 2013 | Jeanne Noble MD, Assistant Clinical Professor Emergency |

5/18/2020
J. Stein MD, MAS

|  |  |
|---|---|
|  | Career Planning and Mentoring, Research Funding and Oversight Chiapas, Mexico |
| 2011 – 2013 | Maria Raven MD, Assistant Clinical Professor Emergency Medicine |
|  | Research Grant Application Planning |

## TEACHING AWARDS AND NOMINATIONS:

| 2002, 3,6, 11 | Nominated for Kaiser Teaching Award UCSF |
|---|---|
|  | University of California, School of Medicine |
| 2004 | The UCSF Emergency Teaching Attending of the Year Award |
|  | Highland Hospital Emergency Department |
| 2004 | The Foundations of Patient Care Outstanding Teacher Award |
|  | University of California, School of Medicine |

# RESEARCH AND CREATIVE ACTIVITIES:

## RESEARCH AWARDS AND GRANTS

### CURRENT
None

### PREVIOUS

| Research Award (PI) | 7/1/2011-3/31/2012 |
|---|---|
| PFU Systems Inc. (Fujistu Subsidiary) | $110,000 direct/ year 1 |
| Creating Emergency Department Efficiency Through RFID Technology | |

| 1K08HS015569    (PI) | 7/1/2007-12/30/2011 |
|---|---|
| AHRQ | $149,000 direct/yr 1 |
| Ultrasound by Emergency Physicians in Ectopic Pregnancy | $498,382 direct/yr 1-4 |

| 08-1133 (Co-Investigator) | 5/1/08–3/1/11 |
|---|---|
| California Health Care Foundation | $442,500 total costs |
| Evaluating computer-assisted treatment of urinary tract infections in safety net clinics and emergency departments | |

5/18/2020
J. Stein MD, MAS

| | |
|---|---|
| UCSF Department of Medicine (Co-Investigator) | 07/01/08-06/30/10 |
| Centers of Excellence in Patient Research Cohort Award | $50,000 direct/yr 1 |
| Acute Organ Injury in Critically Ill Patients | $100,000 direct yr 1-2 |
| | |
| 08-1256 (Emergency Department Director) | 8/1/08–12/31/09 |
| California Health Care Foundation | $25,000 total direct |
| Planning Grant:  Center for Practice Innovations | |
| | |
| UCSF Clinical and Translational Sciences Institute (Co-PI) | 07/01/08-06/30/09 |
| Multidisciplinary research project planning award. | $30,000 direct/yr 1 |
| Inhaled Albuterol for Treatment of Cardiogenic Pulmonary Edema | |
| | |
| Hellman Family Award (PI) | 7/1/2006 – 6/30/2007 |
| University of California, San Francisco | $50,000 direct/yr 1 |
| Principle Investigator | |
| Ultrasound by Emergency Physicians in Ectopic Pregnancy | |

**PEER REVIEWED PUBLICATIONS**

1) **Stein JC**, Glass K, Coburn K, O'Donnell J: A Medical School's Plan for Anti-Tobacco-Use Education in Community Schools and Hospitals. Journal of Cancer Education.

   1997; 12(3): 157-60.

2) **Stein JC**, Snoey E: Shock in Emergency Medicine. Hospital Physician 2001;7(4):1-11.

3) **Stein JC**, Levitt A: A Randomized, Controlled Double-Blinded Trial of Usual-Dose versus High-Dose Albuterol Via Continuous Nebulization in Patients with Acute Bronchospasm. Acad Emerg Med. 2003; 10(10):97-107.

4) Flanders SA, **Stein JC**, Shochat G, Sellars K, Holland M, Maselli J, Drew WL, Reingold AL, Gonzales R:Performance of a Bedside C-Reactive Protein Test in the Diagnosis of Community-Acquired Pneumonia in Adults with Acute Cough. Am J Med. 2004;116:529-535.

5) **Stein JC**, Louie J, Flanders S, Maselli J, Hacker JK, Drew WL, Gonzales R. Performance Characteristics of Clinical Diagnosis, a Clinical Decision Rule, and a Rapid Influenza Test in the Detection of Influenza Infection in a Community Sample of Adults. Ann Emerg Med 2005; 46:412-419.

6) Lewin MR, **Stein JC**, Wang R, Lee MM, Kernberg M, Boukhman M, Hahn IH, Lewiss RE. Humming Is as Effective as Valsalva's Maneuver and Trendelenburg's Position for

5/18/2020
J. Stein MD, MAS

Ultrasonographic Visualization of the Jugular Venous System and Common Femoral Veins. Ann Emerg Med. 2007; 50: 73-77.

7) Kanzaria H, **Stein JC**. A Severe Sore Throat in a Middle-Aged Male: Calcific Tendonitis of the Longus Colli Tendon. J Emerg Med. 2011; 41(2): 151-3. Epub 2008 Sep 22.

8) **Stein JC**, Hernandez S, Hebig A. Necrotizing Vasculitis as a Complication of a Common Medication. West J Emerg Med. 2008; 9(4): 212-5.

9) **Stein JC**, Nobay F. Emergency Department Ultrasound Credentialing: A Sample Policy and Procedure. J Emerg Med. 2009; 37(2):153-9.

10) **Stein JC**, River G, Kalika I, Hebig A, Price D, Jacoby V, Filly R. A Survey of Bedside Ultrasound use by Emergency Physicians in California. J Ultrasound Med 2009; 28(6): 757-63.

11) **Stein JC**, George B, River G, Hebig A, McDermott D. Ultrasound-Guided Peripheral Intravenous Cannulation in Emergency Department Patients with Difficult IV Access: A Randomized Trial. Ann Emerg Med. 2009; 54: 33-40.

12) **Stein JC**, Wang R, Adler N, Boscardin J, Reynolds T, Jacoby V, McAlpine I, Usach I, Won G, Goldstein R, Kohn M. Emergency Physician Ultrasonography for Evaluating Patients at Risk for Ectopic Pregnancy: A Meta-Analysis. Ann Emerg Med 2010; 56(6):674-83.

13) Fang A, Carnell J, **Stein JC**. Constipation in a 7 Year-Old Boy: Congenital Band Causing a Strangulated Small Bowel and Pulseless Electrical Activity. J Emerg Med. 2012; 42(3): 283-7. Epub 2010 Sep 10.

14) Tang N, **Stein JC**, Hsia R, Maselli J, Gonzales R. Trends and Characteristics of US Emergency Department Visits, 1997-2007. JAMA. 2010;304(6):664-670.

15) Quinn J, McDermott D, Rossi J, **Stein JC**, Kramer N. Randomized Controlled Trial of Prophylactic Antibiotics for Dog Bites with Refined Cost Model. West JEM. 2010; 11(5): 435–441.

16) **Stein JC**, Jacoby V, Vittinghoff E, Wang R, Kwan E, Reynolds T, McAlpine I, Gonzales R.  Differential Utilization Rates of Diagnostic Ultrasound in United States Emergency Departments by Time of Presentation. West JEM. 2011; 12(1): 90-95.

17) Wang R, Reynolds T, Martinez C, Ravikumar D, West H, Jacoby V, **Stein JC**. The Use of a β-hCG Discriminatory Zone with Emergency Physician Performed Pelvic Ultrasound. Ann Emerg Med 2011; 58(1):12-20.

18) Sanford E, **Stein JC**. Hypertensive Encephalopathy Presenting as Status Epilepticus in a Three Year Old. JEM 2011; sept 11 [epub ahead of print].

19) **Stein JC**, Navab B, Frazee B, Tebb K, Hendey G, Maselli J, Gonzales R. A Randomized Trial of Computer Kiosk-Expedited Management of Cystitis in the Emergency Department. Acad Emerg Med 2011; 18(10): 1053-9.

20) Zhang M, Hsu R, Hsu C, Kordesch K, Nicasio E, Cortez A, McAlpine I, Brady S, Zhuo H, Kangelaris KN, **Stein JC**, Calfee CS, Liu KD. FGF-23 and PTH Levels in Patients with Acute Kidney Injury: A Cross-Sectional Case Series Study. Ann Intensive Care. 2011; 1(1): 21

21) Tang N, **Stein J**, Hsia R. Trends in Emergency Department Visits Among Medicaid Patients – Reply. JAMA 2011; 306(11):1203.

22) Moffett SE, Frazee BW, **Stein JC,** Navab B, Maselli J, Takhar S, Gonzales R. Antimicrobial resistance in uncomplicated urinary tract infection in 3 California EDs. Am J Emerg Med 2012; 30(6): 942-9.

23) Navab B, McAlpine I, Frazee B, Gonzales R, **Stein JC**. Is routine pregnancy testing necessary in women with suspected UTI? Open Journal of Emerg Med. 2011.

24) Bhave PD, Hoffmayer KS, Armstrong EJ, Garg S, Patel A, MacGregor JS, **Stein JC**, Kinlay S, Ganz P, McCabe JM. Predictors of depressed left ventricular function in patients presenting with ST-elevation myocardial infarction.  Am J Cardiol 2012; 109(3):327-31.

25) Ebell M, Gonzales R, **Stein JC**, Alfonso A. Development and Validation of a Clinical Decision Rule for the Diagnosis of Influenza. J Am Board Fam Med. 2012: 25(1): 55-62.

26) McCabe JM, Armstrong EJ, Kulkarni A, Hoffmayer KS, Bhave PD, Garg S, Patel A, MacGregor JS,  Hsue P, **Stein JC**, Kinlay S, Ganz P. Prevalence and Factors Associated With False Positive ST-Segment Elevation Myocardial Infarction Diagnoses at Primary Percutaneous Coronary Intervention–Capable Centers. Arch Internal Medicine 2012 May 7; [epub ahead of print]

27) Wu AH, Tabas J, **Stein JC**, Potocki M, Mueller C, McCord J, Richards M, Hartmann O, Nowak R, Peacock WF, Ponikowski P, Moeckel M, Hogan C, Filippatos GS, Di Somma S, Anand I, Ng L, Neath SX, Christenson R, Morgenthaler NG, Anker SD, Maisel AS. The effect of diabetes on the diagnostic and prognostic performance of mid-region pro-atrial natriuretic peptide and mid-region pro-adrenomedullin in patients with acute dyspnea. Biomarkers. 2012 May 23. [Epub ahead of print]

28) Govindrajan P, Gonzales R, Maselli JH, Johnstone CS, Fahimi J, Poisson S, **Stein JC**. Regional Differences in Emergency Medical Services Use For Patients with Acute Stroke (Findings from the National Hospital Ambulatory Medical Care Survey Emergency Department Data file). Journal of Stroke and Cerebrovascular Diseases 2012 [epub ahead of print].

29) Armstrong E, Kulkarni AR, Hoffmayer KS, Bhave PD, Macgregor JS, Hsue P, **Stein JC**, Kinlay S, Ganz P, McCabe JM. Delaying primary percutaneous coronary intervention for computed tomographic scans in the emergency department. Am J Cardiol. 2012 Aug 1;110(3):345-9.

30) Ackerman SL, Tebb K, **Stein JC**, Frazee BW, Hendey GW, Schmidt LA, Gonzales R. Benefit or burden? A sociotechnical analysis of diagnostic computer kiosks in four California hospital emergency departments. Social Science & Medicine. 2012. 75(12):2378-85.

31) McCabe JM, Armstrong EJ, Hoffmayer KS, Bhave PD, MacGregor JS, Hsue P, **Stein JC**, Kinlay S, Ganz P. Impact of door to activation time on door to balloon time in primary percutaneous coronary intervention for ST-Segment elevation myocardial infarctions. Circ Cardiovasc Qual Outcomes 2012. 5(5):672-9.

32) Armstrong EJ, Kulkarni AR, Bhave PD, Hoffmayer KS, MacFregor JS, **Stein JC**, Kinlay S, Ganz P, McCabe JM. Electrocardiographic Criteria for ST-Elevation Myocardial Infarction in Patients With Left Ventricular Hypertrophy. Am J Cardiol. 2012 Oct 1;110(7):977-83.

33) McCabe JM, Armstrong EJ, Ku I, Kulkarni A, Hoffmayer KS, Bhave PD, Waldo SW, Hsue P, **Stein JC**, Marcus GM, Kinlay S, Ganz P. Physician accuracy in interpreting potential ST-segment elevation myocardial infarction electrocardiograms. J Am Heart

5/18/2020
J. Stein MD, MAS

Assoc. 2013 Oct 4;2(5):e000268.

34) Teismann N, Lenaghan P, Nolan R, **Stein J**, Green A. Point-of-care ocular ultrasound to detect optic disc swelling. Acad Emerg Med. 2013 Sep;20(9):920-5.

**NON-PEER REVIEWED PUBLICATIONS**

1) **Stein JC**, Olson K: Coumadin Toxicity. Emedicine.com. 2000 Online emergency medicine

    text. www.emedicine.com

2) **Stein JC**, Approach to Syncope. In: Toy, Simon, Takenaka, Baker, Liu. Case Files Emergency Medicine. 2005. Lange Medical Books/McGraw-Hill.