

**UNM SCHOOL OF MEDICINE**
OFFICE OF THE MEDICAL INVESTIGATOR

# Report of Findings

Case Number: 2018-03790

TURNER, DANIEL J.

County Pronounced: San Juan
Law Enforcement: San Juan County SO
Agent: Detective Andrew Gilbert
Date of Birth: 10/15/1977
Pronounced Date/Time: 6/28/2018 2:35:00 AM
Central Office Investigator: Julimarie Sommers
Deputy Field Investigator: Larkins, Harold

**CAUSE OF DEATH**

Toxic effects of methamphetamine

**OTHER SIGNIFICANT CONTRIBUTORY CONDITIONS**

Physical restraint

**MANNER OF DEATH**

Homicide

---

**Ian Paul MD**
Director of the Pathology Residency training program and the Forensic Pathology Fellowship training

All signatures authenticated electronically
Date: 10/9/2018 10:40:39 AM

Printed: 10/2/2019 11:24:01 AM            Report Name: Death Investigation Reporting Tool

**EXHIBIT 4**

Murphy, et al. v. City of Farmington, et al.
CIV 19-639 RB/JFR
OMI Case No. 2018-03791 (D. Turner)
OMI000001

| Case Number: 2018-03790 | Summary Opinion | TURNER, DANIEL |
|---|---|---|

Pathologic Diagnoses:

I. Methamphetamine toxicity
   A. Plastic baggie present in stomach

II. Blunt trauma, head
   A. Abrasions and lacerations
   B. Subscalpular hemorrhage

III. Abrasions and contusions of trunk, arms, and legs

IV. Incised wounds of volar surface of feet

V. Cardiomegaly (535 grams)
   A. Concentric left ventricular hypertrophy (1.5 cm)

VI. Hepatic steatosis
   A. Hepatomegaly

VII. Obesity

According to reports, the decedent's parents notified law enforcement personnel that they needed assistance with their son due to his erratic behavior. Over the course of three days prior to his death, the decedent had exhibited escalating agitated and aggressive behavior including inappropriate undressing, self-harm, and abuse of the family dog. On the day of his death he had been running up and down their local street screaming and striking his head on the ground. When law enforcement personnel arrived, dashcam video shows the decedent lying on the ground in the parking lot of a local business, in an apparent agitated state. Two people (presumably his parents) are attempting to calm him down. The decedent is writhing on the ground and occasionally striking his head on the macadam surface. A lone police officer attempts to physically restrain him. Subsequently, three more police officers arrive and they turn the decedent into a prone position, handcuff him, and restrain him by placing their weight on his four extremities and posterior head/neck. Shortly afterward, the decedent became unresponsive, and he was rolled back into a supine position. Cardiopulmonary resuscitation was initiated by the police officers and paramedics arrived shortly thereafter; resuscitative efforts were unsuccessful.

He had a past medical history of alcohol and drug abuse, obesity, and sleep apnea.

The external examination and autopsy revealed scrapes of the forehead, and face, lacerations above the left eyebrow, and bleeding underneath the scalp. There were scrapes and bruises of the trunk, arms, and legs, as well as cutting wounds of the soles of the feet. Other autopsy findings included an enlarged heart (commonly associated with high blood pressure and/or methamphetamine abuse), and fatty changes of the liver (commonly associated with alcohol abuse).

Toxicology testing of blood revealed the presence of methamphetamine. No alcohol was present.

Methamphetamine use is a risk factor for experiencing life-threatening, abnormal heart rhythms, particularly in the setting of other cardiac risk factors such as an enlarged heart. The physical restraint applied by police officers, and the decedent's prone position (face down; limits one's ability to adequately breath) while being restrained would have contributed to the decedent's physiologic stress and are listed as contributory conditions; therefore, the manner of death is best described as homicide.

Cause Of Death:                     Page 2                     Printed: 10/2/2019 11:24:02 AM

Murphy, et al. v. City of Farmington, et al.
CIV 19-639 RB/JFR
OMI Case No. 2018-03791 (D. Turner)
OMI000003



# DEATH INVESTIGATION SUMMARY

Case Number: 2018-03790

TURNER, DANIEL J.

County Pronounced: San Juan
Law Enforcement: San Juan County SO
Agent: Detective Andrew Gilbert
Date of Birth: 10/15/1977
Pronounced Date/Time: 6/28/2018 2:35:00 AM
Central Office Investigator: Julimarie Sommers
Deputy Field Investigator: Larkins, Harold

**CAUSE OF DEATH**

Toxic effects of methamphetamine

**OTHER SIGNIFICANT CONTRIBUTORY CONDITIONS**

Physical restraint

**MANNER OF DEATH**

Homicide

Ian Paul MD

Director of the Pathology Residency training program and the Forensic Pathology Fellowship training

All signatures authenticated electronically
Date: 10/9/2018 10:40:39 AM

Printed: 10/2/2019 11:24:19 AM        Report Name: Death Investigation Reporting Tool

Death Investigation Report page 1 of 24