# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ Central Division ☐ East County Division ☐ North County Division ☒ South County Division

PEOPLE vs. _Turner, Daniel_ CASE # _SP89570_ PROS. # _____ STATUS: _____
DATE: _6-7-06_ AT: _____ DEPT.# _____ JUDGE/COMM.: _Trentacosta_ CLERK _Hedgpeth_
CHARGE(S): _VC 23152(B)/VC 23578_
FUTURE DATES: _____ ☐ CONFIRMED ☐ VACATED

_____ _____
Attorney for the People (DDA / DCA)     Defendant / Attorney for the Defendant (PD / APD / PCC / Retained)

## EX PARTE MINUTES

☐ Amended complaint filed.   ☐ Subpoenaed records received from _____
☐ Application for Regular Parole, ESP, or Special Parole received, signed, returned to Board and copy filed.
☐ Defendant having been charged with a subsequent violation of _____
in the County of _____, Case # _____
☐ PROOF FILED RE:  ☐ _____ AA/NA/CA/MA Meetings ( _____ of _____ completed) ☐ FCP ☐ MCP ☐ _____
  ☐ MADD ☐ Restitution ☐ _____ hours Volunteer Work in lieu of $_____ fine/custody ☐ Next proof due to Court by _____
☒ CORRESPONDENCE RECEIVED FROM: ☐ Deft. ☐ Prosecutor ☐ Atty ☐ Victim ☐ Probation ☒ Other _Drip_
  REGARDING: ☐ Motion for continuance ☐ due to military commitment ☐ Fines/Fees ☐ Bond ☐ _____

☐ HEARING requested by ☐ Defendant ☐ Defense counsel ☐ Prosecutor. Case set as noted below.
☒ PROBATION: ☒ (remains) summarily REVOKED ☐ REINSTATED ☐ TERMINATED ☐ CONTINUED ☐ and MODIFIED See below:
  ☐ Request for FCP/MCP reassignment granted.   ☐ Proof of ☐ enrollment ☐ completion due to Court by _____
  ☐ Re-referred to ☐ _____ days PSWP ☐ _____ hours Volunteer Work ☐ Proof of completion to the Court by _____
  ☐ Proof of completion of _____ submitted within 180 days from issuance of warrant.
☒ DEFENDANT FAILED TO COMPLY WITH ORDER FOR: ☒ FCP/MCP ☐ Drug Testing ☐ PC1000 ☐ Volunteer Work _____ hours
☐ Public Service Work Program _____ days ☐ Restitution $_____ ☐ Custody _____ days ☐ DVRP
☐ AA/NA/CA/MA (_____ for _____) ☐ Other: _____
☐ DEFENDANT FAILED TO PAY $_____ ☐ Fines and fees ☐ balance ☐ including $_____ bad check fee ☐ other:_____
  due on _____.
☐ Account balance $_____ (including fees) transferred to Collection Agency. Civil Assessment added pursuant to PC1214.1.
☐ Declaration in support of the issuance of warrant filed.
☐ CASE REFERRED TO JUDGE/COMM. _____ for consideration.  ☐ TO BE ADDRESSED AT NEXT HEARING.

## JUDICIAL ORDERS

☐ RECALL WARRANT ☐ VACATE FUTURE DATES
☐ PROBATION ☐ summarily revoked ☐ reinstated ☐ terminated ☐ continued, same terms and conditions ☐ modified, see below
☐ ARREST ☐ BENCH WARRANT ordered, Bail Amount $_____ ☐ Commit ordered, _____ days, _____ day(s) stayed,
_____ days credit for time served (_____ actual & _____ PC4019) ☐ Schedule for Court
☐ Proceedings pursuant to PC1000 set aside, finding of guilt to charge(s) pled. Calendar matter for OSC re: Entry of Judgment/Sentencing.
OTHER: _____

IT IS SO ORDERED: DATE: _____ JUDGE/COMMISSIONER _____

## MISCELLANEOUS / POST JUDICIAL REVIEW MINUTES

☒ DATE: _6-7-06_ Pursuant to order of Court as noted above:
☐ Amendment to complaint filed charging ☐ VC40508(a) ☐ PC853.7 ☐ PC1320(a) ☐ Filed as/reduced to an infraction.

☐ CASE SET FOR: ☐ Guaranteed Disposition ☐ Arraignment ☐ Motion for: ☐ Further proceedings re: _____
  ☐ OSC re probation revocation ☐ to trail case(s) _____ ON _____ AT _____ DEPT. _____

☐ Defendant RELEASED on ☐ bail previously posted ☐ probation ☐ OR.
☐ Defendant REMANDED to custody of Sheriff, bail set at $_____. ☐ Sheriff ordered to produce defendant at hearing noted above.
☐ CASE DISMISSED in the furtherance of justice: _____
☐ ARREST ☒ BENCH WARRANT ☐ as previously ordered ☒ to ISSUE ☐ to REMAIN OUTSTANDING ☐ RESCINDED ☐ RECALLED
  ☒ Bail set at $ _5,000_ ☐ Cash bail may be forfeited ☒ Mandatory appearance ☐ Night service authorized ☐ No checks
  ☐ HOLD issuance of warrant to date set above. WARRANT ISSUED: _JUN 0_ WARRANT RECALLED: _____
OTHER: _____
_____, By: _____, Deputy Clerk

MY SIGNATURE ACKNOWLEDGES THAT I HAVE RECEIVED A COPY AND UNDERSTAND THIS COURT ORDER. Further, if applicable, I agree to all of the following conditions of a release on my own recognizance: (1) I will appear at all times and places as ordered by the Court; (2) I will obey all conditions imposed by the Court; (3) I will not depart this state without permission of the Court; (4) I waive extradition if I fail to appear as ordered by the Court and am apprehended outside of California. I understand that a willful failure to appear in a misdemeanor case is a separate misdemeanor offense punishable by imprisonment in the county jail for up to 6 months, or by a fine of up to $1,000, or both.

☐ CLERK'S CERTIFICATE OF SERVICE BY MAIL. I certify that I am not a party to this cause; that I served a copy of this document on the date shown below upon the person(s) noted below by depositing a true copy thereof in separate sealed envelopes with the postage thereon fully prepaid, in the United States mail in San Diego County, California, addressed as indicated below.

_____  _____
Defendant's Signature                            Name
_____  _____
Address                                          Address
_____  _____
City, State ZIP                                  City, State ZIP
_____  Executed at _____, Calif. on _____
Telephone   Driver's License No. & State         Clerk of the Superior Court
                                                 by _____

**EXHIBIT A**

Attest a true copy     Dated: _____     CLERK, by _____, Deputy Clerk
Distribution by: _____ on _____ to: Jail Deft. Atty. Pros. Prob. R&R Assessment Other: _____

Wiggins, Williams & Wiggins - CONFIDENTIAL - Murphy/Turner Estate

CLERK'S CERTIFICATE

The foregoing document, consisting of ___ page(s), is a full, true, and correct copy of the ☒ original ☐ copy on file in this office.

7/29/2020

Clerk of the Superior Court

COF 000264

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ Central Division ☐ East County Division ☐ North County Division ☒ South County Division  Waivers: ☐ Time

PEOPLE vs. **TURNER, DANIEL J.** STATUS: $_____ ☐ BB ☒ CB (Y/N)
CASE # **SL199560** PROS. # _____ DOB: **10/15/77** BKG # _____ CTS: **6** days ___ hrs.
DATE: **1/19/06** AT **1:30** DEPT # **3** INTERPRETER: _____ ☐ Spanish ☐ Sworn ☐ Oath on File
JUDGE/COMM/PRO-TEM: **Arreola**  ☐ STIP. FILED  REPORTER – CSR # _____
CLERK: **J Belong**  TAPE # _____ COUNTER # _____

CHARGE(S): **Ct.2 VC23152(B) w/ VC23578 Alleg.**

FUTURE DATES: _____  ☒ CONFIRMED ☐ VACATED

Attorney for the People (DDA/DCA): **B. Lau**
Attorney for the Defendant: **D. Gomez** (PD/APD/PCC/Retained/Counseling)

☒ Defendant present by / with / without counsel  ☐ in pro per  ☐ via audio/video  ☐ not produced in courtroom  ☐ Defendant failed to appear

☒ 4TH AMENDMENT WAIVER PREVIOUSLY ORDERED  ☐ PROTECTIVE ORDER PURSUANT TO PC136.2 PREVIOUSLY ISSUED

☒ Defendant waives ☒ arraignment for judgment ☐ time for judgment.

PROBATION is ☒ GRANTED ☐ Formal ☒ Summary on the following conditions: ☐ DENIED and defendant sentenced as follows:
☒ As to **2** ☒ Imposition of sentence is suspended for 3 / **5** ___ years. ☐ As to ___ ☐ Imposition of sentence is suspended for 3/5 ___ years.
☒ Defendant sentenced to serve 90 / **180** / 365 / ___ days in the custody of the Sheriff; ☒ EXECUTION OF SENTENCE IS SUSPENDED for 3/**5** years.
☐ ___ days custody stayed pending ☐ successful completion of probation ☐ _____ ☐ review hearing.
☒ Violate no laws ☒ minor traffic violations excepted.

CUSTODY ☐ Serve ___ days/hrs. in the custody of the Sheriff; ___ days suspended ___ days/hrs. CTS (___ days actual ___ days PC4019)
☐ Serve FORTHWITH ☐ Work Release- call within 72 hours for reporting date ☐ Book & Release ☐ Report on ___ at ___
to: Detention Facility: ☐ Central ☐ Las Colinas ☐ Vista ☐ Short Term Work Furlough ☐ Serve ☐ consecutive to ☐ concurrent with:
☐ Consecutive weekends ☐ NO Early release ☐ NO Work Release ☐ NO County Parole ☐ NO ESP/Home Detention
☐ CUSTODY ☐ IN LIEU OF ☐ $___ fine at $50.00/$___ per day ☐ ___ days PSWP
☐ CUSTODY SATISFIED BY ☐ ___ days PSWP ☐ ___ days in ☐ _____ ☐ residential rehabilitation program.

FINES/FEES ☒ Attorney Fee * $ **25**  ☒ Add to Fine  ☐ Indigent as to Attorney Fees
Pay Fine (Ct. **2**) $ **1700** State Rest Fnd Fine $ **100**  Assessment Fee  $ **100**  TOTAL
Fine (Ct. ___) $ ___  Security Fee  $ ___  A/R Fee  $ ___  DUE:
___ $ ___ Admin. Fee $ ___  [Suspended Amount  $ ___ ]  $ ___
Probation Revocation Restitution Fine imposed & suspended $ **100** [Credit for **6** days served $ **300**]
☐ Payments set at $___ per month beginning on ___ and on the ___ of each month thereafter until paid in full.
*The Court finds the defendant has the ability to repay the County of San Diego for costs of Court Appointed Attorney fees. This order is not a condition of probation.

RESTITUTION ☐ Pay restitution to the victim of $___ ☐ to be determined ☐ by Probation, payments through ☐ Court Collections
☐ Revenue & Recovery ☐ at $___ per month beg. ___ ☒ directly to the victim and show proof to the court ☐ by ___ ☐ at Review Hrg.
☐ See stipulated restitution order. ☐ Court retains jurisdiction re: restitution ☐ Submit to civil process.

PUBLIC SERVICE WORK PROGRAM (PSWP)/VOLUNTEER WORK ☐ COMPLETE
☐ PSWP ☐ Call within 72 hrs. to enroll (see reverse) ☐ Enroll by ___ ☒ VOLUNTEER WORK ☐ at any non-profit organization
___ days as condition of probation. ☐ at organization on Court approved list ☐ Other: _____
___ days in lieu of ☐ fines/fees $___ ☐ ___ days custody ___ hours as condition of probation.
___ days credit for time served/completed ___ hours in lieu of ☐ fines/fees $ ___ ☐ ___ days custody
___ TOTAL days to be completed ___ hours credit for time served/completed
☐ One day per week authorized ☐ Out of county work authorized ___ TOTAL hours to be completed
☐ To run consecutive to/concurrent with ___ ☐ Submit proof to the Court by ___. ☐ ___ days custody for each day/8 hours missed

ALCOHOL/DRUGS ☒ Not drive with a measurable amount of alcohol/drugs in system. ☒ Submit to any test at the request of a peace officer for detection of alcohol/drugs in system. ☒ Violate no laws regarding driving a motor vehicle while under the influence or in the possession of alcohol, drugs, or both.
☐ Abstain from alcohol. ☐ Not frequent places where alcohol is the primary source of business, except in the course of employment.
☐ Not use or possess any controlled substance without a valid prescription. ☐ Submit person, property, place of residence, vehicle, personal effects to search at any time with or without a warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer. (to exp. ___)
☐ Complete a ☐ Residential ☐ Non-Residential treatment program for ___ days/months. Proof due by _____

EDUCATION ☒ ATTEND AND COMPLETE: ☒ First Conviction Program ☒ 3/6/**9**/12 month class ☐ MRIS ☐ CCMS
☐ Multiple Conviction Program (SB38) and participate in any treatment or rehabilitation, including antabuse that may be recom. by the provider.
☐ AA/NA/CA/MA meetings, ___ times per ☐ week ☐ month for ___ days/months ☐ MADD ☐ STAR ☐ as directed by Assessor.
☐ ___ course ☐ through ___ ☐ Out of County authorized
☐ PROOF OF ☐ ENROLLMENT ☐ PROGRESS ☐ COMPLETION ☐ by ___
to the ☐ Court ☐ at REVIEW HEARING(S) ☐ Assessment Unit ☐ AND every 30/60/___ days THEREAFTER.

DRIVERS LICENSE/VEHICLE ☒ Not drive without a valid license and liability insurance ☐ VC14607.6 advisal given. **Casanova**
☐ License is suspended by law and defendant may not drive until right to drive is reinstated by the Dept. of Motor Vehicles and Defendant has liability insurance as is required by law. ☐ Right to drive is suspended ☐ 6 months ☐ 1 year pursuant to ☐ VC13202(a) (cont. subs.) ☐ VC13202.5 – (under 21)
☐ License to be surrendered to the court ☐ by ___ ☐ Defendant petitions for a restricted license. ☐ Critical need found. Petition granted ☐ Petition denied. ☐ License restricted for ___ ☐ days ☐ mos. Driving permitted to/from ☐ work ☐ school ☐ court ordered activities ☐ in course of employment.
Restriction ☐ concurrent ☐ consecutive to any DMV suspension/action.
☐ Ignition Interlock Device ordered for ___ yrs., see addendum. ☐ Not own or operate a vehicle without a functioning IID. ☐ IID not ordered (I.O.J.).

MISC. ☐ Property impounded/seized by law enforcement or held in the custody of the court is ordered disposed of pursuant to that agency/court policy.
☐ Defendant has provided DNA database samples – PC296(f). **(Has Felony matter in Riverside)**

REFERRALS Report ☒ ~~forthwith~~ ☒ by **04-19-06** to ☒ Assessment Unit [BAC: **.16**] ☐ Probation Dept. re: _____
☒ Court Collections ☐ Revenue & Recovery and comply with additional conditions of probation imposed.

☐ DEFENDANT IS ORDERED TO APPEAR ON ___ AT ___ IN DEPT ___ FOR:
☐ Sentencing ☐ Restitution ☐ Execution of Custody ☐ C.O.P. Form ☐ _____
☐ Review regarding ___ ☐ enrollment ☐ progress ☐ completion. ☐ probation conditions noted above.
☐ Set ☐ with case(s): ___ ☐ for revocation with this matter

OTHER

CUSTODY STATUS ☐ Deft. REMANDED to custody of Sheriff, bail $___ ☐ WITHOUT BAIL ☐ as set ☐ increased ☐ reduced
☒ Deft. RELEASED: ☐ on bail previously posted ☒ on probation ☐ after booking ☐ credit for time served ☐ OR/SOR ☐ same terms & conditions
☐ to an authorized representative of: ___ on ___ at ___
☐ Previously ordered: ☐ 4th WAIVER ☐ continues ☐ deleted ☐ PROTECTIVE ORDER ☐ continues ☐ deleted.
WARRANT ☐ Bench WARRANT ordered ☐ Bail set at $ ___ ☐ No Bail ☐ ISSUED ON: ___
☐ Mandatory Appearance ☐ Night Service Authorized ☐ Cash bail may be forfeited. ☐ HOLD issuance of warrant to DATE SET ABOVE.
☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ RECALLED ON: ___
BAIL STATUS Bail is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Declaration of non-collusion/reassumption of liability filed.
☐ Bail forfeiture set aside, bond reinstated/exonerated ☐ upon payment of court cost $ ___ within 30 days ☐ cost waived
☐ Bond # ___ Bond $ ___ Bond Company ___

Attest a true copy  Dated: ___  CLERK, by ___, Deputy Clerk

Distribution by: **HC** on **1/19/06** to: Jail Deft. Atty. Pros. Prob. R&R Interpreter Assessment Other: **CCO**
SDSC CRM-147(Rev. 5-05)  **MISDEMEANOR – TRAFFIC JUDGMENT MINUTES**

Wiggins, Williams & Wiggins - CONFIDENTIAL/Murphy/Turner Estate  COF 000265

CLERK'S CERTIFICATE

The foregoing document, consisting of ___ page(s), is a full, true, and correct copy of the ☒ original ☐ copy on file in this office.

Clerk of the Superior Court

Date: 1/29/20    by: [signature]    Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ Central Division  ☐ East County Division  ☐ North County Division  ☒ South County Division  Waivers: ☐ Time

PEOPLE vs TURNER, DANIEL J.  STATUS: CUST  $ 1,600  ☐ BB ☐ CB (Y/N)
CASE # S199560  PROS. #: ___  DOB: 10/15/77  BKG # 06102106  CTS: 6 days ___ hrs.
DATE: 01/19/06 AT 1:30 DEPT. # 003  INTERPRETER: ___  ☐ Spanish ☐ Sworn ☐ Oath on File
JUDGE/COMM/PRO-TEM: R. ARREOLA  ☐ STIP. FILED  REPORTER – CSR # ___
CLERK: J. BELOG  TAPE # 3  COUNTER # 195

CHARGE(S): VC23152(A) / VC23152(B) / VC23678 / VC23678

FUTURE DATES: ___  ☐ CONFIRMED ☐ VACATED
B. Jao / D. Laines
Attorney for the People (DDA / DCA)   Attorney for the Defendant ( PD / APD / PCC / Retained / Counseling )
☒ Defendant present by / with / without counsel  ☐ in pro per  ☐ via audio/video  ☐ not produced in courtroom  ☐ Defendant failed to appear

☐ 4TH AMENDMENT WAIVER PREVIOUSLY ORDERED  ☐ PROTECTIVE ORDER PURSUANT TO PC136.2 PREVIOUSLY ISSUED
Case called for ☐ FTA ☒ Arraignment ☐ Bail Review ☐ Readiness/DWT ☐ Jury Trial ☐ Preliminary Examination ☐ Motion
☐ DEJ ___  Protective Order Expires: ___
☐ Warrant Ordered/Issued on ___  ☐ Warrant Cleared ☐ Warrant Outstanding
CASE TRANSFERRED TO DEPT. ___  TIME ESTIMATE: ___
☐ Complaint amended by interlineation to read: ___
☐ Amended ☐ Amendment to complaint filed ☐ charging ☐ adding ☐ VC23103 (a) pursuant to VC23103.5 ☐ VC22107, VC21658(a), PC647(f)
☐ ___ as INFRACTION(S) pursuant to PC17(d)(2). ☐ other: ___
☐ Defendant advised of and waives the right to a **separate and conflict-free attorney / interpreter** for this court appearance.
☒ Defendant duly arraigned and advised of the **constitutional and statutory rights** as indicated on the reverse side of this minute order*.
☐ Acknowledgment of advisal of constitutional rights signed and filed. ☐ Defendant has received copy of complaint.
☐ Defendant waives reading of complaint. ☐ Deft. states true name is ___  ☐ on complaint [___ line]
☐ **DEFENDANT PLEADS NOT GUILTY** and denies any priors/allegations/separate convictions alleged ☐ on amended complaint.
☐ Defendant **WAIVES**: ☐ time for speedy trial ☐ 10 day/60 day statutory time for preliminary hearing ☐ personal presence ☐ per PC977
☐ jury trial. ☐ preliminary hearing
COUNSEL ☒ REQUEST FOR APPOINTED ATTY. ☒ Granted ☐ Public Defender ☐ Alternate Public Defender ☐ Private Conflict Counsel
Atty: ___  ☐ Denied ☐ Referred to Near Indigent Panel ☐ Deft to retain counsel.
☐ The Court finds the defendant ☐ is ☐ is not qualified to represent self in **PRO PER**. ☐ Lopez Waiver signed and filed.
CONVICTION ☐ Deft. is sworn and examined. ☐ Defendant withdraws any previously entered plea.
**DEFENDANT PLEADS:** ☒ **GUILTY** ☐ **NO CONTEST** to: ___  ☐ VC23152(a) / (b)
☒ Admits _allegation_ separate conviction(s) alleged / ___ allegation(s)
☒ charges contained in amended/amendment to complaint. ☐ V23103(a) per 23103.5 ☐ as a lesser included offense of ___
☒ On motion of Court/People/Defendant Count(s) ___ remaining is/are DISMISSED ☒ FOJ ☐ VOP ☐ ___
☐ On motion of Court/People/Defendant Allegation(s)/Prior(s) ___ remaining is/are STRICKEN ☐ FOJ ☐ VOP ☐ ___
☒ Plea form executed and filed ☐ Peo vs. West ☒ BAC: .16  ☒ VC23593 advisal given ☐ PC666 advisal given
☐ WAIVERS: ☐ Harvey ☐ Arbuckle ☐ Blakely ☒ Court finds a knowing and intelligent waiver of constitutional rights and factual basis for the plea.
☐ PC1210 ☐ accepted ☐ declined. ☒ Time waived for sentencing, see JUDGMENT.
☐ Stipulated bindover. ☐ Case certified as a general jurisdiction matter. ☐ Complaint deemed the Information.
☐ Defendant to provide DNA database samples as directed by Sheriff or Probation Dept. – PC296(a).
MOTIONS ☐ Motion for ___ by People/Defendant with/without objection granted/denied.
PC1000 ☐ Defendant's application for ☐ reinstatement to ☐ Deferred Entry of Judgment granted as to count(s) ___, for ___ mo./ yrs.
☐ New term ☐ Time waived for sentencing ☐ S.D. Rescue Mission Program ☐ Enroll by ___ ☐ Term to be determined by Assessor.
☐ $ ___ Admin. fee (PC1001.15) ☐ $ ___ DEJ Restitution fee (PC1001.90) Comply with all orders of Assessor.
☐ $ ___ credit for time served TOTAL AMOUNT DUE $ ___ ☐ Forthwith ☐ By ___ ☐ Waived.
☐ Defendant has satisfactorily COMPLETED the DEJ Program, previously entered plea to count(s) ___ set aside and charges dismissed.
☐ Defendant has FAILED to satisfactorily perform in the DEJ Program. ☐ PC1000 set aside and any unpaid fees pertaining thereto deleted.
☐ Court makes a finding of guilt to the charge(s) pled. ☐ Time waived for sentencing, see JUDGMENT.
REFERRALS Report ☐ forthwith ☐ by ___ to ☐ Assessment Unit ☐ Probation Department
☐ Pre-Sentence ☐ Mini ☐ Supplemental ☐ Psych. ☐ Limited re: Drugs / Alcohol / Domestic Violence / Anger Management / Restitution Report Ordered.
☐ Court Collections for payment of Attorney fee * $ ___ ☐ Indigent as to Attorney Fees.
* The Court finds that the defendant has the ability to repay the County of San Diego for the costs of Court Appointed Attorney fees.
HEARINGS Set/continued on motion of ☐ People ☐ Defense ☐ Opposed ☐ Unopposed ☐ By Stipulation, ☐ Statutory time is **WAIVED**
☐ Re-Attorney ___ at ___ in Dept. ___  ☐ Motion/PC1538.5 ___ at ___ in Dept. ___
☐ Arraignment ___ at ___ in Dept. ___  ☐ Jury / Court Trial ___ at ___ in Dept. ___
☐ Bail Review ___ at ___ in Dept. ___  ☐ Sentencing ___ at ___ in Dept. ___
☐ Readiness/DWT ___ at ___ in Dept. ___  ☐ Prob. Hrg.& Sent ___ at ___ in Dept. ___
☐ Prelim Exam ___ at ___ in Dept. ___  ☐ DEJ Hearing ___ at ___ in Dept. ___
Time Estimate: ___ hr/day  Set with case(s): ___  ☐ to trail for revocation
OTHER ☐ Verbal notice of license suspension (DL 310) signed. ☐ Fingerprint form filed.

CUSTODY STATUS ☒ Deft. REMANDED to custody of Sheriff, bail $ ___  ☐ WITHOUT BAIL ☐ Per PC1275 ☐ as set
☐ increased ☐ reduced  ☐ Bail Unit Report Ordered re: SOR
☒ Deft. RELEASED: ☐ on bail previously posted. ☐ after booking ☐ DEJ ☐ OR/SOR ☐ same terms and conditions
☐ to an authorized representative of: ___ on ___ at ___
☐ Release Conditions: ☐ Attend ___ AA/CA/NA/MA Mtgs. per week and submit proof at each court hearing. ☐ Abstain from alcohol.
☐ Not use or possess any controlled substances without a valid prescription. ☐ Not possess narcotic paraphernalia.
☐ Deft. waives 4th amendment rights and agrees to submit person, property, place of residence, vehicle, personal effects to search at any time with or without a warrant, and with or without reasonable cause, when required by a Probation Officer or other law enforcement officer ☐ until revoked. ☐ for the duration of deferred entry of judgment. ☐ Have no contact with / stay away from: ___  ☐ PC136.2 Protective Order issued
☐ Previously ordered: ☐ 4th WAIVER ☐ continues ☐ deleted ☐ PROTECTIVE ORDER ☐ continues ☐ deleted.
WARRANT ☐ Arrest ☐ Bench ☐ ___ Warrant ordered ☐ Bail set at $ ___ ☐ No Bail ☐ ISSUED ON:
☐ Schedule for hrg. ☐ Mandatory Appearance ☐ Night Service Auth. ☐ Cash bail may be forfeited. ☐ HOLD issuance to **DATE SET ABOVE**. ☐ Warrant previously ordered/issued ☐ remains outstanding ☐ rescinded ☐ RECALLED ON: ___
☐ Affidavit requested. Due by: ___
BAIL STATUS Bail is ☐ exonerated ☐ forfeited ☐ Fine from bail, refund balance. ☐ Decl. of non-collusion/ reassumption of liability filed.
☐ Bail forfeiture set aside and bond reinstated/exonerated ☐ upon payment of court cost $ ___ within 30 days ☐ cost waived
☐ Bond #: ___ Bond $ ___ Bond Co. ___

Attest a true copy  Dated: ___  CLERK, by ___, Deputy Clerk
Distribution by: ___ on 1/19/06 to: Jail Deft. Atty. Pros. Prob. R&R Interpreter Assessment Other: ___

SDSC CRM-150(Rev. 9-05)  **MISDEMEANOR/FELONY – PRE-DISPOSITION MINUTES**

Wiggins, Williams & Wiggins - CONFIDENTIAL Murphy/Turner Estate  COF 000267

CLERK'S CERTIFICATE

The foregoing document, consisting of ___ page(s), is a full, true, and correct copy of the ☒ original ☐ copy on file in this office.

7/29/2020
Date         Deputy

| | SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | | FOR COURT USE ONLY |
|---|---|---|---|
| PEOPLE vs. | Daniel Turner | Defendant | FILED |
| | | SAN DIEGO Case # S199560 | |
| PLEA OF GUILTY/NO CONTEST - MISDEMEANOR | | | |
| | | DA/CA/ # | CLERK OF THE SUPERIOR COURT BY P. MORONES |

**INSTRUCTIONS:** Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial each applicable item <u>only</u> if you understand it. If you have any questions about your case, the possible sentence, or the information on this form, ask your lawyer or the judge.

I, the defendant in the above-entitled case, personally and/or by my attorney, declare as follows:

1. Of those charges now filed against me in this case, I plead

   **(GUILTY)/NO CONTEST**

   to the following offenses and admit the enhancements, allegations, and prior convictions as follows:

   | COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
   |---|---|---|
   | 1 | VC23152(B) | VC23578 |
   | | | |
   | | | |

   PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, CASE NUMBER AND CHARGE)

   _____

2. I have not been induced to enter the above plea by any promise or representation of any kind, except: (State any agreement with the prosecutor.)
   STR

3. I am entering a plea freely and voluntarily, without threat or fear to me or anyone closely related to me.

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes.

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours.

### RIGHT TO A LAWYER

6. I understand that I have the Constitutional right to be represented by a lawyer at all stages of the proceedings including sentencing. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. I understand the dangers and disadvantages of representing myself and that it is usually unwise to represent myself.

6a. I understand that I have the right to be present in Court to enter my plea and for sentencing. I expressly authorize my lawyer to enter this plea on my behalf, in my absence. I expressly authorize my lawyer to appear for me at sentencing.

6b. I give up the right to an attorney and wish to represent myself.

### CONSTITUTIONAL RIGHTS

<u>I understand</u> that as to all charges, allegations and prior convictions filed against me I also have the following <u>constitutional rights, which I now give up</u> to enter my plea of guilty/no contest:

7. I have the right to a **speedy and public trial by jury. I now give up this right.**

8. I have the right to **confront and cross-examine all the witnesses** against me. **I now give up this right.**

| Defendant | Case Number |
|---|---|

9. I have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.** 

10. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.**

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

11. I understand the possible consequences of entering a plea of Guilty/No Contest include a maximum sentence of up to ____6____ months/year(s) in jail and fine(s) of up to __1000__ plus additional consequences specified in any attached addendum, and any other reasonable conditions of probation, which could be for a maximum of 3/5 years. 

12. I understand that in addition to any fine imposed, the law requires the Court to add penalty assessments which will substantially increase the amount I must pay. In addition, I understand that I may be ordered to make restitution to the victim, if the offense involved a victim, or to a restitution fund. I understand that I shall be ordered to pay a mandatory restitution fine ($100 - $1,000).

13. I understand that I may not be sentenced earlier than six (6) hours, nor later than five (5) days after my plea. I give up this right and agree to be sentenced at this time. 

14. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to any offense listed on the back of this form, then I **will** be deported, excluded from admission to the U.S., and denied naturalization.

15. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases and consecutive sentences. 

## OTHER WAIVERS

16. **(Appeal rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strikes priors (under PC sections 667(b)-(i) and 1170.2), and 3) any sentence stipulated herein. 

17. **(Harvey Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed, or stricken charges or allegations or cases when granting probation, ordering restitution, or imposing sentence. 

18. **(Arbuckle Waiver)** I give up my right to be sentenced by the judge who accepts this plea. 

## PLEAS

19. I now plead Guilty/No Contest and admit the charges, convictions, and violations of probation described in paragraph #1, above, because I am guilty. I admit that on the dates charged, I *(Describe facts as to each charge and allegation)* __DROVE WITH A BLOOD ALCOHOL CONCENTRATION OF .08 OR MORE__ 

I further agree that a duly appointed Commissioner, Referee, or Temporary Judge may act as a Judge, accept this plea, impose sentence, and conduct any other post-conviction proceedings. I declare under penalty of perjury, under the laws of the State of California, that I have read, understood, and initialed each item above, and any attached addendum, and everything on the form and any attached addendum is true and correct.

Dated: __1/19/06__   Defendant's Signature: _____

Defendant's Address: _____
  Street    City    State    Zip

Defendant's Telephone No: (____) _____

Wiggins, Williams & Wiggins - CONFIDENTIAL Murphy/Turner Estate   COF 000270

| | Case Number |
|---|---|

## ATTORNEY'S STATEMENT

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: 1/19/06

Denis Lamer

(Print Name)  Attorney for Defendant  (Signature)
(Circle one: **PD** / APD / PCC / RETAINED)

## INTERPRETER'S STATEMENT (If Applicable)

I, the interpreter in this proceeding, having been duly sworn, truly translated this form, and any attached addendum, and all the questions therein to the defendant in the _____ language. The defendant indicated understanding of the contents of the form and then initialed and signed the form and any attached addendum.

Dated:_____

(Print Name)  Court Interpreter  (Signature)

## PROSECUTOR'S STATEMENT

The People of the State of California, plaintiff in the above-entitled criminal case, by and through its attorney concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: 1/19/06

Ben Tao

(Print Name)  Deputy District Attorney/Deputy City Attorney  (Signature)

## COURT'S FINDING AND ORDER

The Court, having questioned the defendant/defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions; and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: 1-19-06 JAN 19 2006

Rafael A. Arreola

Judge/Commissioner/Referee of the Superior Court

RAFAEL A. ARREOLA

CERTAIN OFFENSES DEFINED AS MISDEMEANORS UNDER STATE LAW MAY BE CONSIDERED "AGGRAVATED FELONIES" UNDER FEDERAL LAW. ANY CONVICTION OF A NON-CITIZEN FOR AN "AGGRAVATED FELONY" AS DEFINED UNDER 8 U.S.C. 1101(a)(43) WILL RESULT IN REMOVAL/DEPORTATION, EXCLUSION AND DENIAL OF NATURALIZATION.

"AGGRAVATED FELONIES" include, but are not limited to, the following crimes <u>and</u> any attempt or conspiracy to commit such crimes, <u>even if the conviction is a misdemeanor under state law</u>. (NOTE: Conviction of an aggravated felony is not the exclusive basis for which a defendant may or will be deported.)

1. <u>ANY CRIME OF VIOLENCE</u>* (Includes any offense that has as an element the use, attempted use, or threatened use of physical force against the person or property of another. (18 U.S.C. §16).)
2. <u>BURGLARY</u> (Except a vehicle or vessel, unless used as a residence.) *
3. <u>CHILD PORNOGRAPHY OFFENSES</u>
4. <u>CONTROLLED SUBSTANCES</u>:**
   a) MISDEMEANOR POSSESSION OF ANY CONTROLLED SUBSTANCE when the defendant has previously been convicted of a drug related offense.
   b) POSSESSION FOR SALE OF CERTAIN CONTROLLED SUBSTANCES
   c) SALE OF CERTAIN CONTROLLED SUBSTANCES
   d) TRANSPORTATION OF CERTAIN CONTROLLED SUBSTANCES
   e) MANUFACTURE/DISTRIBUTION OF CERTAIN CONTROLLED SUBSTANCES
5. <u>FORGERY</u> *
6. <u>FRAUD</u> (Where loss to victim or victims exceeds $10,000.)
7. <u>MONEY LAUNDERING</u> (If amount over $10,000.)
8. <u>PERJURY/SUBORNATION</u> of Perjury or Bribery of a Witness
9. <u>PIMPING/PANDERING/OPERATING A PROSTITUTION BUSINESS</u>
10. <u>STATUTORY RAPE</u> ("Unlawful Sexual Intercourse")
11. <u>RECEIVING STOLEN PROPERTY</u> *
12. <u>SEXUAL ABUSE OF A MINOR</u> (Touching is not required, e.g.: Indecent Exposure.)
13. <u>THEFT</u> (Any type or amount)*
14. <u>TRAFFICKING IN VEHICLES WITH ALTERED VINS</u>*

* Where the term imposed is at least one year, whether or not any or all of that term is stayed or suspended at the time of sentencing.

**See 21 USC. 802. Note, however, federal and state statutes defining controlled substances are not identical.

CLERK'S CERTIFICATE

The foregoing document, consisting of 4 page(s), is a full, true, and correct copy of the ☐ original ☐ copy on file in this office.

Clerk of the Superior Court
7/29/2020   by    [signature]
Date              Deputy

Superior Court of California, County of San Diego

Wiggins, Williams & Wiggins - CONFIDENTIAL Murphy/Turner Estate                    COF 000273

| Defendant | Case Number |
|---|---|
| Daniel Turner | S199560 |

## SUPERIOR COURT OF SAN DIEGO COUNTY DUI ADDENDUM

**INSTRUCTIONS:** Use this addendum if you are pleading guilty/no contest to VC § 23153a/b, VC § 23152a/b, VC § 23103.5

I understand the possible punishment and consequences of my conviction of the offense to be:

**NOTE:** ALL FINES SHOWN BELOW WILL BE SIGNIFICANTLY INCREASED BY MANDATORY PENALTY ASSESSMENTS

**PENALTY FOR 23550.5:**

| SENTENCE FOR DUI CONVICTION WITHIN 10 YEARS OF PRIOR (SECTION 23550.5) ||
|---|---|
| **PRIOR OFFENSE** | **SENTENCE** |
| A prior violation of VC § 23152 that was punished as a felony under VC § 23550 or § 23550.5, or both; or A prior violation of VC § 23153 that was punished as a felony; or A prior violation of PC § 192(c)(1) that was punished as a felony. Any prior violation of PC § 191.5 or a felony violation of PC § 192(c)(3) **(10 year limit not applicable).** | Up to 3 years State Prison or not more than one year county jail and $390 to $1,000 fine. The DMV will issue a 4-year license revocation. However, if my offense is a violation of VC § 23153 and I have two other DUI-related convictions within 10 years, my license will be revoked for 5 years. If I have violated VC § 23152, I will be designated as a habitual traffic offender for 3 years. I must successfully complete an alcohol/drug program in order to have my driver's license reinstated by the DMV, even though I am not ordered to attend such a program by the court. |



**PENALTY FOR 23153:**

| SENTENCES FOR DRIVING UNDER THE INFLUENCE OF ALCOHOL AND/OR DRUGS (INJURY) (SECTION 23153) |||
|---|---|---|
| **OFFENSE** | **MINIMUM AND MAXIMUM SENTENCES WHEN PROBATION IS GRANTED (3 TO 5 YEARS PROBATION TERM)** | **MINIMUM AND MAXIMUM SENTENCES *WITHOUT* PROBATION** |
| First offense within 10 years | 5 days to 1 year in county jail, a $390 to $1,000 fine, and completion of a 3-month alcohol/drug program (or a 6-month program if my blood-alcohol content was .20 percent or more, or if I refused a chemical test at arrest). The DMV will also impose a 1-year driver's license suspension. | 16 months or 2 or 3 years in state prison (or 90 days to 1 year in county jail), and a $390 to $1,000 fine. The DMV will also impose a 1-year driver's license suspension. |
| Second offense within 10 years (prior conviction of section(s) 23152, 23153, or 23103.5) | Two options:<br>(A) 120 days to 1 year in county jail; $390 to $5,000 fine; and DMV will impose a 3-year license revocation; or<br>(B) 30 days to 1-year in county jail; $390 to $1,000 fine; an 18-month or 30-month alcohol/drug program; and DMV will impose a 3-year license revocation. | 120 days to 1 year in county jail, or 16 months, or 2 or 3 years in state prison; $390 to $5,000 fine. The DMV will also impose a 3-year driver's license revocation. |
| Third or subsequent offense within 10 years (prior convictions of section(s) 23152, 23153, or 23103.5) | 30 days to at least 1 year in county jail; $390 to $5,000 fine; an 18-month or 30-month alcohol/drug program; restitution or reparation to the victim as required by law. The DMV will also impose a 5-year driver's license revocation. | 2, 3, or 4 years in state prison; $1,015 to $5,000 fine; and the DMV will impose a 5-year license revocation. An additional 3 years in state prison if I already have four DUI convictions and the offense caused great bodily injury to another person. |
| **NOTE:** If I am convicted of violating VC § 23153 and the offense also caused bodily injury or death to more than 1 victim, upon a felony conviction, my sentence will be enhanced by 1 year in state prison for each additional victim. |||



**PENALTY FOR 23152:**

| SENTENCES FOR DRIVING UNDER THE INFLUENCE OF ALCOHOL AND/OR DRUGS (SECTION 23152) |||
|---|---|---|
| **OFFENSE** | **MINIMUM AND MAXIMUM SENTENCES WHEN PROBATION IS GRANTED (3 TO 5 YEARS PROBATION TERM)** | **MINIMUM AND MAXIMUM SENTENCES *WITHOUT* PROBATION** |
| First offense within 10 years | The Court may order me to serve between 48 hours to 6 months in jail. It will impose a fine of $390 to $1,000 and order me to complete a 3-month alcohol/drug treatment program (or a 6-month program if my blood-alcohol content was .20 percent or more, or if I refused a chemical test upon my arrest). The DMV will impose a 6-month driver's license suspension. | 96 hours to 6 months in jail, and a $390 to $1,000 fine. The DMV will impose a 6-month driver's license suspension. |
| Second offense within 10 years (prior conviction of section(s) 23152, 23153, or 23103.5) | A jail term of either: (a) 10 days to 1 year, or (b) 96 hours to 1 year, a $390 to $1,000 fine, and completion of an 18-month (or 30-month) alcohol/drug treatment program. The DMV will impose a 2-year driver's license suspension. | 90 days to 1 year in jail, and a $390 to $1,000 fine. The DMV will impose a 2-year license suspension. |

|  |  |  |
|---|---|---|
| **Third offense within 10 years** (prior convictions of section(s) 23152, 23153, or 23103.5) | 120 days to 1 year in jail, a $390 to $1,000 fine, and completion of an 18-month alcohol/drug program if I have not completed one before. The DMV will impose a 3-year driver's license revocation. | 120 days to 1 year in jail, and a $390 to $1,000 fine. The DMV will impose a 3-year driver's license revocation. |
| **Fourth or subsequent offense within 10 years** (prior convictions of section(s) 23152, 23153, or 23103.5) | 180 days to 1 year in jail, a $390 to $1,000 fine, and completion of an 18-month alcohol/drug program if I have not completed one before. The DMV will impose a 4-year driver's license revocation. | 16 months, or 2 or 3 years in state prison, (or 180 days to 1 year in county jail); and a $390 to $1,000 fine. The DMV will impose a 4-year driver's license revocation. |

**PENALTY FOR 23103.5:**

| SENTENCE FOR RECKLESS DRIVING (ALCOHOL AND/OR DRUGS) (SECTION 23103, 23103.5) | | |
|---|---|---|
| **OFFENSE** | **MINIMUM AND MAXIMUM SENTENCES** | **OTHER** |
| Reckless driving reduced from driving under the influence | If probation is not granted, 5 days to 90 days in jail, or $145 to $1,000 fine, or both. If probation is granted (maximum of 3 years), 90 days in jail, or $1,000 fine, or both, and a drug/alcohol program. | Because alcohol or drugs are involved, this conviction will act as a separate conviction for driving under the influence (DUI) if I commit a subsequent DUI offense within 10 years. |

**I understand:**

1. Being under the influence of alcohol or drugs, or both, impairs my ability to safely operate a motor vehicle, and it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I continue to drive while under the influence of alcohol or drugs, or both, and as a result of my driving, someone is killed, I can be charged with murder (VC § 23593). 

2. I may be fined up to $50 for an alcohol and abuse education and prevention penalty assessment upon a conviction of VC § 23152 or VC § 23153. 

3. I will be required to report to the Substance Abuse Assessment Unit for evaluation, pay all required fees, and complete any programs assigned by the assessors (VC § 23646). 

4. I may be required to pay expenses incurred by a public agency which responded to any incident caused by my vehicle at the time of arrest (GC § 53150).

5. This violation will count as 2 points on my driving record (VC § 12810(b)).

6. The Department of Motor Vehicles (DMV) may consider any of my other convictions for driving under the influence or reckless driving, even those that are not charged in this proceeding, and impose a more severe license restriction, suspension, or revocation as a result of such other conviction(s).

7. (If applicable) If my blood-alcohol level was .20 percent or above or I refused to take a chemical test, the Court shall consider this in determining whether to enhance the penalties, grant probation, or impose additional terms of probation. (VC § 23578)

8. If I am the registered owner of the vehicle used in the offense:
   A. Upon my first conviction, the Court may impound my vehicle at my expense for up to 30 days; 
   B. Upon my second conviction, the Court shall impound my vehicle at my expense for up to 30 days, unless it is determined that it is in the interest of justice not to do so;
   C. Upon my third conviction, the Court shall impound my vehicle at my expense for up to 90 days, unless it is determined that it is in the interest of justice not to do so; 
   D. The Court may declare my vehicle to be a nuisance and order it sold following a hearing if I have two or more other convictions for driving under the influence, vehicular manslaughter (PC § 191.5 or 192(c)(3)), or any combination thereof, in the past seven years. My vehicle will also be subject to forfeiture as a nuisance if I am convicted of a second or subsequent violation of driving with a suspended or revoked license (VC § 14601 et seq.) or driving without a license (VC § 12500(a)). 

9. The DMV may restrict, suspend, or revoke my license under a procedure which is separate from this criminal action. The DMV's action, if any, will be in addition to the Court's sentence and I must obey it. 

Wiggins, Williams & Wiggins - CONFIDENTIAL Murphy/Turner Estate     COF 000275

| NAME: | CASE NUMBER: |
|---|---|

10. The DMV will suspend my license for an additional six months if my offense involved a controlled substance (drug).  10

11. The DMV will not issue a restricted driver's license or restore my driving privilege following a restriction, suspension, or revocation unless I have proof of insurance for 3 years. The DMV will suspend my driver's license: (1) until proof of insurance is provided to the DMV and (2) upon my failure to maintain such proof during the 3-year period.  11

12. I understand if the Court determines that I would present a traffic safety or public safety risk if I am authorized to drive during the license suspension period, I will be unable to obtain a restricted driver's license from the DMV, which would allow me to drive to and from work, and to and from the alcohol/drug treatment program.  12

13. The DMV will prevent me from operating a commercial vehicle for one year upon a first DUI conviction in any vehicle, or if I willfully refuse to submit to or complete a chemical test to determine blood-alcohol content. A second or subsequent DUI conviction in any vehicle or subsequent refusal will result in the DMV issuing a lifetime ban on my right to drive a commercial vehicle.  13

14. If I was under the age of 21 at the time of my arrest, my driver's license will be suspended for 1 year, and I must surrender my license to the Court. If I do not have a valid driver's license, the Court will order the DMV to delay issuing a license to me for 1 year after I become eligible to drive (VC § 13202.5).  14

15. I must successfully complete an alcohol/drug program in order to have my driving privilege reinstated following any license restriction, suspension, or revocation which is imposed on me, even if I am not ordered to attend such a program by the Court.  15

16. If I am convicted of a first offense of 23152 or 23153, the Court may order:
    A. Prohibition from operating any vehicle that I own or operate unless it is equipped with a certified ignition interlock device for one to three years. Installation of this device, which prevents the vehicle from starting if I have alcohol in my body, does not authorize me to drive without a valid license;  16A
    B. That I prove I installed the device within 30 days of my conviction or my release from jail or prison, or the DMV shall revoke my license for an additional year. Also, the Court shall suspend my license and issue an arrest warrant if I fail to comply with any notice to (1) install the device, (2) report on the operation of the device, or (3) maintain or calibrate the device on three or more occasions.  16B

17. (If applicable) If I am convicted of a third or subsequent violation of 23152 or 23153:
    A. I must surrender my license to the Court. I will also be designated as a habitual traffic offender for three years after my conviction, and I will receive an enhanced sentence if I drive in violation of my license revocation;  17A
    B. For 23152 only: If probation is granted, I may request to participate in a 30-month treatment program. This program includes between 120 and 300 hours of community service. If the Court grants my request, I will be sentenced to the county jail for at least 30 days but not more than one year as a condition of probation instead of the jail term specified in the chart above. 17B

18. (If applicable) Willful Refusal (VC § 23577):

| NOTE: Test refusals require a minimum 6-month drug/alcohol program (HS § 11837(c)(2)). | |
|---|---|
| 1st Offense 23152 | If probation granted, a jail term is mandatory. |
| 2nd Offense 23152 | Additional 96 hours jail with or without probation. |
| 3rd Offense 23152 | Additional 10 days jail with or without probation. |
| 4th or subsequent Offense 23152 | Additional 18 days jail with or without probation. |
| 1st Offense 23153 | Additional 48 continuous hours jail with or without probation. |
| 2nd Offense 23153 | Additional 96 hours jail with or without probation. |

 18

19. (If applicable) Passenger Under 14 Years (VC § 23572)

| 1st Offense 23152 | Additional 48 continuous hours jail. |
|---|---|
| 2nd Offense 23152 | Additional 10 days jail. |
| 3rd Offense 23152 | Additional 30 days jail. |
| 4th Offense 23152 | Additional 90 days jail. |

 19

20. (If applicable) Excessive Speed (VC § 23582)

| 1st Offense 23152 or 23153 | Alcohol/drug program with or without probation and 60 additional consecutive days jail. |
|---|---|
| 2nd Offense or subsequent 23152 or 23153 | Additional consecutive 60 days jail. |

 20

| SENTENCES FOR DRIVING IN VIOLATION OF A LICENSE SUSPENSION, REVOCATION, OR RESTRICTION | | |
|---|---|---|
| Vehicle Code Section | First Offense | Second or Subsequent Offense: |
| | | I have prior conviction(s) in past 5 years of sections 14601, 14601.1, 14601.2, or 14601.5. |
| 14601 | 5 days to 6 months in jail, and a fine of $300 to $1,000. | 10 days to 1 year in jail, and a fine of $500 to $2,000. 10 days in jail required if probation is imposed. |
| 14601.1 | Up to 6 months in jail, or a fine of $300 to $1,000, or both. | 5 days to 1 year in jail, and a fine of $500 to $2,000. |
| 14601.2 | 10 days to 6 months in jail, and a fine of $300 to $1,000. 10 days in jail required if probation is imposed. | 30 days to 1 year in jail, and a fine of $500 to $2,000. 30 days in jail required if probation is imposed. |
| | If I have been designated as an habitual traffic offender within 3 years of this conviction, I will, in addition, be sentenced to serve 180 days in jail and to pay a $2,000 fine. | |
| 14601.5 | Up to 6 months in jail, or a fine of $300 to $1,000, or both. | 10 days to 1 year in jail, and a fine of $500 to $2,000. Note-section 14601.3 also constitutes a prior conviction for this offense. |

| Vehicle Code Section | First Offense | Second or Subsequent Offense: |
|---|---|---|
| | | Prior conviction(s) in past 7 years of section 14601.3. |
| 14601.3 | 30 days in jail, and a fine of $1,000. | 180 days in jail, and a fine of $2,000. |

21. **ADDITIONAL PENALTIES FOR A VIOLATION OF SECTIONS 14601, 14601.1, 14601.2 or 14601.5**
**If applicable** - I understand that if I am convicted of a violation of VC § 14601.2, or if the original charge was for a violation of that section but I am pleading to section 14601, 14601.1 or 14601.5, the Court will require me to install an ignition interlock device (IID) on any vehicle that I own or operate. This order will be imposed for up to three years. Installation of this device, which prevents the vehicle from starting if I have alcohol in my body, does not authorize me to drive without a valid driver's license. Failure to install the IID shall result in the suspension of my driver's license by the DMV.   ☒ 21

I have read, reviewed and understand the above-initialed information.     My blood alcohol reading was __.16__.

Dated: __1/19/06__        _____
                              Defendant's Signature

Wiggins, Williams & Wiggins - CONFIDENTIAL Murphy/Turner Estate        COF 000277

CLERK'S CERTIFICATE

The foregoing document, consisting of 4 page(s), is a full, true, and correct copy of the [X] original [ ] copy on file in this office.

Clerk of the Superior Court

7/24/2020 by BM

Date Deputy

Superior Court of California County of San Diego

# CHARGES

## COUNT 1 - DRIVING UNDER INFLUENCE OF ALCOHOL/DRUGS

On or about January 15, 2006, DANIEL JOHN TURNER did unlawfully, while under the influence of an alcoholic beverage and a drug and under their combined influence, drive a vehicle, in violation of VEHICLE CODE SECTION 23152(a).

And it is further alleged that in the commission of the above offense the defendant had a blood alcohol concentration of 0.15 percent or more, by weight, within the meaning of VEHICLE CODE SECTION 23578.

## COUNT 2 - DRIVING WHILE HAVING A MEASURABLE BLOOD ALCOHOL

On or about January 15, 2006, DANIEL JOHN TURNER did unlawfully, while having 0.08 percent and more, by weight, of alcohol in his/her blood, drive a vehicle, in violation of VEHICLE CODE SECTION 23152(b).

And it is further alleged that in the commission of the above offense the defendant had a blood alcohol concentration of 0.15 percent or more, by weight, within the meaning of VEHICLE CODE SECTION 23578.

---

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER S199560, CONSISTS OF 2 COUNTS.

Executed at Chula Vista, County of San Diego, State of California, on January 19, 2006.

*[signature]*
COMPLAINANT



Wiggins, Williams & Wiggins - CONFIDENTIAL - Murphy/Turner Estate