IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, as Personal Representative
of the Estate of DANIEL TURNER, deceased,
and WALTER and TAMARA TURNER,

    Plaintiffs,

v.                                                                                     No. CIV 19-0639 RB/JFR

THE CITY OF FARMINGTON, and JAMES
PRINCE, JAMES MOORE, ZACK WOOD, and
JESSE GRIGGS, in their individual capacities,

    Defendants.

## FINAL JUDGMENT

Having granted Defendants' Motion for Summary Judgment on Count I of the Complaint (Doc. 51) by a Memorandum Opinion and Order (Doc. 97),

**IT IS ORDERED** that the individual defendants (Prince, Moore, Wood, and Griggs) are entitled to qualified immunity on the sole federal claim, excessive force under the Fourth Amendment, and the Court finds Count I shall be dismissed;

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining claims, which are based entirely on state law. Accordingly, the Court will **dismiss** the state law claims **without prejudice**.

There being no further claims before the Court, final judgment is entered.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE