IN THE UNITED STATES DISTRICT COURT7

FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, as Personal Representative
of the ESTATE OF DANIEL TURNER, deceased,
and WALTER and TAMARA TURNER,

        Plaintiffs,

v.                                              No. 1:19-cv-00639-RB-JFR

THE CITY OF FARMINGTON, et al.,

        Defendants.

## JOINT MOTION FOR VACATUR

The parties jointly move for this Court's Order granting vacatur of the Court's Memorandum Opinion and Order Granting in Part Defendants' Motion for Costs [Doc. 111]. As grounds, the parties state that shortly before the Order granting costs was entered, the parties settled this matter, including an agreement that the Defendants would withdraw their motion for costs but before they could do so, the Court ruled. Because the parties' agreement to settle included their agreement that the Plaintiffs not be liable for the Defendants' costs, the parties now agree that vacatur of the Court's Order is appropriate and well taken.

For the foregoing reasons, the parties' Joint Motion for Vacatur should be granted and the Court's Memorandum and Order on cost be vacated.

Respectfully submitted,

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation


By  *Approved via email 12/9/21*
       Patricia G. Williams
Attorneys for Defendants
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
pwilliams@wwwlaw.us

and


DAVIS LAW NEW MEXICO

*/s/ Philip B. Davis*
Philip B. Davis
Nicholas T. Davis
Attorneys for Plaintiffs
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1904
phil@davislawnm.com
nick@davislawnm.com

I hereby certify that the foregoing pleading
was electronically filed via the CM/ECF on
this 9th day of December, 2021 and was served
via email on all counsel of record.


 */s/ Philip B. Davis*
Philip B. Davis