UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                    Jane K. Castro
Clerk of Court                                                                         Chief Deputy Clerk

December 09, 2021

Nicholas T. Davis
Philip B. Davis
Philip B. Davis Law Firm
1000 Lomas Boulevard, NW
Albuquerque, NM 87102

Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

Paula I. Forney
Lorna M. Wiggins
Patricia G. Williams
Wiggins, Williams & Wiggins
1803 Rio Grande Boulevard NW
P.O. Box 1308
Albuquerque, NM 87103-1308

**RE:**      **21-2061, Murphy, et al v. City of Farmington, et al**
             Dist/Ag docket: 1:19-CV-00639-RB-JFR

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sds