# IN THE UNITED STATES DISTRICT COURT7

# FOR THE DISTRICT OF NEW MEXICO

DENNIS MURPHY, as Personal Representative
of the ESTATE OF DANIEL TURNER, deceased,
and WALTER and TAMARA TURNER,

        Plaintiffs,

v.                                                                                                                                          No. 1:19-cv-00639-RB-JFR

THE CITY OF FARMINGTON, et al.,

        Defendants.

## ORDER GRANTING JOINT MOTION FOR VACATUR

This matter having come before the Court on the Parties' Joint Motion for Vacatur filed December 8, 2021 (Doc. 112), the Court having considered the Joint Motion and being otherwise fully advised in the premises, **FINDS** it to be well taken. Now, therefore:

**IT IS ORDERED** that the Joint Motion be, and hereby is, **GRANTED** and the Court's Memorandum Opinion and Order entered October 27, 2021 (Doc. 111) is hereby vacated.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation


By   *Approved via email 12/9/21*
         Patricia G. Williams
Attorneys for Defendants
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
pwilliams@wwwlaw.us

and


DAVIS LAW NEW MEXICO

 */s/ Philip B. Davis*
Philip B. Davis
Nicholas T. Davis
Attorneys for Plaintiffs
1000 Lomas Blvd. NW
Albuquerque, NM 87102
(505) 242-1904
phil@davislawnm.com
nick@davislawnm.com